**Ex parte M. A. TOOKE.**

No. 15668.

Court of Criminal Appeals of Texas.

Oct. 12, 1932.

Rehearing Denied Nov. 23, 1932.

Dailey & Keller, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**CHRISTIAN, J.**

This is an appeal from an order of the district court remanding appellant to custody after a hearing on a writ of habeas corpus.

No statement of facts is brought forward. An examination of the record discloses that no question is presented for review.

The judgment is affirmed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

**Thomas WARD v. STATE.**

No. 15716.

Court of Criminal Appeals of Texas.

Nov. 9, 1932.

A. R. Rucks, of Angleton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**MORROW, P. J.**

The offense is assault with intent to murder; penalty assessed at confinement in the penitentiary for a period of five years.

Neither bills of exception nor statement of facts accompany the record.

Nothing has been perceived which would warrant this court in interfering with the conviction.

The judgment is affirmed.

HAWKINS, J., not sitting.

■

**Manuel WATKINS v. STATE.**

No. 15525.

Court of Criminal Appeals of Texas.

Oct. 12, 1932.

H. A. Cline, of Wharton, and S. C. Cappel, Jr., of El Campo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**CALHOUN, J.**

The offense, murder; the punishment, confinement in the penitentiary for five years.

On the 11th day of July, 1932, the appellant filed his written intention to abandon his appeal and requested the court to enter an order dismissing it. This court having adjourned for the term at that time precluded its making any official entry dismissing the appeal.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.